CHARLES VICTOR SAMPSON, PETITIONER-RESPONDENT, v. CHARLES F. THORNTON, RESPONDENT-PETITIONER.

See same case below: 14 *N. J. Super.* 353.

*Mr. Gerald T. Foley* and *Mr. Roland Vreeland,* for the petitioner.

*Mr. St. Elmo Ferrara* and *Mr. Russell Fleming,* for the respondent.

October 1, 1951. Granted.

LIONSHEAD LAKE, INC., PLAINTIFF-RESPONDENT, v. TOWNSHIP OF WAYNE, DEFENDANT-PETITIONER.

See same case below: 13 *N. J. Super.* 490.

*Messrs. Markley & Broadhurst, Mr. James J. Langan,* and *Mr. Frederick G. Stickel, III,* for the petitioner.

*Mr. Reuben P. Goldstein,* for the respondent.

October 1, 1951. Granted.